IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHRISTOPHER RAY BARRETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-14-21-C |
| | ) | |
| GRADY COUNTY LAW | ) | |
| ENFORCEMENT CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Charles B. Goodwin, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). On February 18, 2014, Judge Goodwin entered a Report and Recommendation concluding that because Plaintiff had not paid the filing fee or sought leave to proceed in forma pauperis as ordered, the action should be dismissed without prejudice. Although Plaintiff has filed pleadings, he has not filed an objection or addressed the filing fee, despite having more than a month to do so.

Accordingly, the Report and Recommendation is adopted, and this action is dismissed without prejudice.

IT IS SO ORDERED this 26th day of March, 2014.

ROBIN J. CAUTHRON
United States District Judge